AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>MELVIN WALKER<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     17-mj-92<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   July 24, 2017   in the parish of   Orleans   in the   Eastern   District of   Louisiana  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute and Distribution of a Controlled Dangerous Substance |

This criminal complaint is based on these facts:

see attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Eric Davis, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   07/24/2017

_____
*Judge's signature*

City and state:   New Orleans, Louisiana     Honorable Joseph C. Wilkinson, Jr., U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Eric L. Davis, being first duly sworn, state as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been employed in that capacity since April of 1999. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I am currently assigned to the Joint Terrorism Task Force (JTTF) in the New Orleans Division and have participated in numerous investigations and arrests concerning narcotics and firearms.

2. I am familiar with the circumstances of the offenses described in this affidavit through a combination of personal knowledge of the facts; discussions with other law enforcement officials; and other investigative activities conducted and investigative materials obtained during the investigation.

3. Since this affidavit is submitted only for the limited purpose of securing an arrest warrant, I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are the facts sufficient to establish probable cause for the arrest warrant sought.

4. I submit this affidavit in support for an arrest warrant of MELVIN WALKER.

5. There is probable cause to believe that WALKER was involved in the illegal possession of firearms by a convicted felon in violation of 18 U.S.C. § 922(g)(1) and possession with intent distribute and distribution controlled dangerous substance in violation of 21 U.S.C. § 841(a)(1).

### Background of Investigation and Probable Cause

6. In February of 2017, your Affiant received information that WALKER was selling narcotics and firearms. A routine criminal history check verified that WALKER was convicted in 2010 for felony narcotics and weapons charges. On March 2, 2017, members of the Federal Bureau of Investigation conducted a controlled purchase of cocaine from WALKER. The controlled purchase consisted of 4.5 grams of an off-white, powder substance which field tested positive for the presence of cocaine, as well as, 1.5 grams of a green organic substance which field tested positive for marijuana. The above-described controlled purchase was captured on video.

7. On April 4, 2017, an additional controlled purchase was conducted with WALKER. This controlled purchase resulted in the acquisition of 8.4 grams of an off-white powder substance which field tested positive for the presence of cocaine. The controlled purchase was also captured on video.

8. At approximately 11:37 p.m., on July 23, 2017, WALKER was stopped by Jefferson Parish Sheriff's Deputies, on a routine traffic matter. During the stop, it was discovered that WALKER was in possession of approximately one (1) gram of cocaine and approximately ½ ounce of marijuana. WALKER was arrested and transported to jail in Jefferson Parish. At approximately 2:00 a.m., your Affiant was informed of WALKER's arrest.

9. At approximately 10:00 a.m., your Affiant and Special Agent Kevin C. Miller drove to WALKER's residence at 4709 Spain Street, New Orleans. 4709 Spain Street is described as a single family dwelling, yellow in color. The residence is located between Carnot and Mirabeau Street on Spain Street. The residence has two driveways leading to the rear of the structure, one on the north side and one on the south side. The driveway on the south side of the residence leads to a converted garage structure. The northern driveway was blocked by a convertible Mercedes and two Harley Davidson style motorcycles.

10. Your Affiant has personally observed WALKER at this address for over four months. Additionally, this is the address that WALKER lists as his residence of record with the Department of Motor Vehicles. Upon arrival your Affiant requested consent from WALKER's wife, L.S., to search the premises. She advised the Agents that she owns the property and is the sole person on the mortgage since 2007. She agreed to the search and signed a Consent to Search form. During the search of the premises, your Affiant found four (4) pistols, three of which had rounds in the chamber. The firearms are more completely described as: (a) Springfield XD 9mm serial number XD824567; (b) Taurus PT 1911 .45, serial number NAT57616; (c) SCCY industries 9mm, serial number 340125, and (d) a Taurus .38 Special revolver, serial number XG15534. Agents also found several pounds of marijuana, approximately 4.4 grams of cocaine, and numerous unidentified pills. The guns and drugs were found in the converted garage portion of the residence. The narcotics and one weapon were visible upon the initial safety clear. These items were seized and transported to the Federal Bureau of Investigation, New Orleans Field Office for storage and processing.

## Conclusion

11. Based on the aforementioned factual information, your Affiant respectfully submits that there is probable cause to believe that WALKER violated 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm, and 21 U.S.C. § 841(a)(1) possession with intent to distribute and distribution of a controlled dangerous substance.

_____
Special Agent Eric L. Davis
Federal Bureau of Investigation

Subscribed to and sworn before me
this 24th day of July, 2017,
New Orleans, Louisiana.

_____
Honorable Joseph C. Wilkinson, Jr.
United States Magistrate Judge